```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 35372
   MEGAN BOIES
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2112
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/02/05 and confirmed on 12/16/05.

2. The case was dismissed after confirmation, 08/15/2008.

3. The Debtor paid a total of $ 35898.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 13841.21 | .00 | 13841.21 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 5084.50 | .00 | 5084.50 |
| WEST SUBURBAN BANK | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 29973.23 | .00 | 12719.66 |
| FIA CARD SERVICES | FILED LATE | .00 | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9821.30 | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6995.34 | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ELAINE W PIEDRA DDS | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| KOLAR HEATING & COOLING | UNSECURED | NOT FILED | .00 | .00 |
| LEVIN & BREND | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MARSHALL FIELD | UNSECURED | 990.29 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 581.66 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SPORTSMED WHEATON ORTHOP | UNSECURED | NOT FILED | .00 | .00 |
| STATE FARM INSURANCE COM | UNSECURED | NOT FILED | .00 | .00 |

```
ROUNDUP FUNDING LLC         UNSECURED      11943.12           .00           .00
WOW INTERNET & CABLE        UNSECURED      NOT FILED          .00           .00
ILLINOIS DEPT REVENUE       PRIORITY        2351.87           .00        998.04
CHICAGO TRIBUNE             UNSECURED      NOT FILED          .00           .00
ILLINOIS DEPT REVENUE       UNSECURED        234.90           .00           .00
INTERNAL REVENUE SERVICE    UNSECURED       2761.22           .00           .00
     Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 18925.71     32325.10     33327.83         .00      84578.64
PRINCIPAL PAID     18925.71     13717.70          .00         .00      32643.41
INTEREST PAID           .00          .00          .00         .00            .00
TOTAL PAID         18925.71     13717.70          .00         .00      32643.41
```

The Debtor's attorney, SUSAN G CASTAGNOLI              , was allowed $   2700.00 and was paid $   1006.00   direct and $   1694.00   through the plan.

The Trustee received $   1560.59 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/12/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                    PAGE   2
        CASE NO. 05 B 35372 MEGAN BOIES